IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | Case No. 4:18-PO-05074-JTJ |
|---|---|
| Plaintiff, | |
| vs. | **AMENDED ORDER CONTINUING INITIAL APPEARANCE** |
| RYAN J. NORTHCUTT, | |
| Defendant. | |

The Court having reviewed Defendant's Unopposed Motion to Continue Initial Appearance, and good cause shown,

**IT IS HEREBY ORDERED** that the Initial Appearance currently scheduled for August 10, 2018, at 9:00 a.m. is continued until the 14th day of September, 2018 at 9:00 a.m. at the Community Center in West Glacier, Montana.

DATED this 13th day of August, 2018.

_____
John Johnston
United States Magistrate Judge